IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. PD-0645-11






MARK ALAN CRABTREE, Appellant



v.



THE STATE OF TEXAS





ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW


FROM THE TWELFTH COURT OF APPEALS


SMITH COUNTY





 Hervey, J., filed a concurring opinion.


CONCURRING OPINION 


 I join the majority opinion, but I write separately to stress one salient point, one
driven home to us, or should be, every day. It is not our job to legislate from the bench. 
We have a branch of government charged with this responsibility, and the Legislature has
spoken--DPS is the proper authority for regulating whether an extra-jurisdictional
conviction or adjudication triggers a person's duty to register. See Tex. Code Crim.
Proc. art. 62.001(1), 62.003.

 Hervey, J.

Filed: October 31, 2012

Publish